IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SCOTTSDALE INSURANCE COMPANY**                                                                  **PLAINTIFF**

V.                                      **CASE NO. 3:25-CV-3052**

**UNIVERSAL ZIPLINE TECHNOLOGY, LLC;**
**OZARK MOUNTAIN ZIPLINES AT EUREKA SPRINGS, LLC;**
**JOANNA NICKELL; ROBERT NICKELL;**
**and GRANVILLE TAYLOR ANDERSON**                                                               **DEFENDANTS**

## ORDER

Now before the Court are Russell Marlin's Motion to Withdraw as Attorney (Doc. 28) and Motion to Continue Deadlines and Renewed Motion to Withdraw as Counsel (Doc. 32). Mr. Marlin, who represents Separate Defendant Granville Taylor Anderson, seeks to withdraw because the attorney-client relationship has broken down and Mr. Anderson has hired new counsel. *See* Doc. 32-1 (email to Mr. Marlin from Mr. Anderson's new attorney Tim Parker). Mr. Marlin affirms that he retains no funds or property belonging to Mr. Anderson.

Local Rule 83.5(f) provides that "[n]o attorney shall withdraw from an action or proceeding except by leave of Court after reasonable notice has been given to the client and opposing counsel." The Court finds that Mr. Marlin has complied with Local Rule 83.5(f). **IT IS THEREFORE ORDERED** that the Motion to Withdraw as Attorney (Doc. 28) and Motion to Continue Deadlines and Renewed Motion to Withdraw as Counsel (Doc. 32) are **GRANTED**. Attorney Russell Marlin is **WITHDRAWN**, and the Clerk of Court is **DIRECTED** to remove his name from the list of attorneys who receive electronic notice of filings in this case.

**IT IS FURTHER ORDERED** that Mr. Marlin **PROVIDE A COPY OF THIS ORDER** to Mr. Anderson's purported new counsel, Mr. Parker, via email (as a PDF attachment) and by certified mail (with return/receipt requested), ***and*** to Mr. Anderson via email and certified mail by no later than **Friday, December 12, 2025**. If Mr. Marlin has not yet surrendered a complete copy of the case file to Mr. Parker, he must do so immediately.

**IT IS FURTHER ORDERED** that Mr. Marlin **FILE AN AFFIDAVIT** of record in this case detailing the methods by which he attempted to comply with this Order and attaching a copy of the green cards confirming Mr. Parker's and Mr. Anderson's receipt of this Order.

**IT IS FURTHER ORDERED** that Mr. Anderson's new counsel **ENTER AN APPEARANCE IN THIS CASE** or that Mr. Anderson advise the Court in writing that he intends to proceed *pro se* by no later than **Monday, December 22, 2025**.

**IT IS FURTHER ORDERED** that the new deadline for Mr. Anderson to respond to the pending Joint Motion to Enforce Settlement Agreement (Doc. 29) is **Monday, January 5, 2026**.

**IT IS FURTHER ORDERED** that the Rule 16 Case Management Hearing currently set for December 12, 2025, is **TERMINATED** and will be reset by separate order.

**IT IS SO ORDERED** on this 7th day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE