IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SCOTTSDALE INSURANCE COMPANY                                    PLAINTIFF

V.                        CASE NO. 3:25-CV-3052

UNIVERSAL ZIPLINE TECHNOLOGY, LLC;
OZARK MOUNTAIN ZIPLINES
AT EUREKA SPRINGS, LLC;
JOANNA NICKELL; ROBERT NICKELL;
and GRANVILLE TAYLOR ANDERSON                                   DEFENDANTS

## ORDER

Before the Court are a Joint Motion for Contempt (Doc. 52) and Brief in Support (Doc. 53) and a Joint Motion to Deposit Funds (Doc. 54) and Brief in Support (Doc. 55) filed by Plaintiff Scottsdale Insurance Company and Separate Defendants Universal Zipline Technology, LLC, Ozark Mountain Ziplines at Eureka Springs, LLC, Joanna Nickell, and Robert Nickell. On April 8, 2026, the Court entered an Order (Doc. 48) enforcing the parties' settlement and directing that a total of $26,500.00 be paid to Separate Defendant Granville Taylor Anderson to resolve both the instant case and a related case pending in the Circuit Court of Caroll County, Arkansas, *Granville Anderson v. Joanna Nickell et al.*, Case No. 08WCV-24-115. The Court explicitly retained jurisdiction to reopen the action upon cause shown that the settlement was not completed and that the Court's further enforcement authority was required. *See* Doc. 48, p. 6.

On May 11, 2026, Mr. Anderson requested reconsideration of the Court's Order under Federal Rule of Civil Procedure 60(b), and the Court denied the request. *See*

1

Docs. 49 & 56. Now, all parties to the settlement other than Mr. Anderson advise the Court that he has refused to provide payment instructions and accept the settlement funds. They ask the Court to hold him in contempt and seek leave to deposit the settlement funds into the Registry of the Court—where Mr. Anderson may access them later if he so chooses.

Upon due consideration, the Court declines to sanction Mr. Anderson for his failure to sign paperwork and accept the settlement funds.  At this point, the settlement has been approved by the Court, and the matter has been dismissed from its docket with prejudice. Furthermore, to the extent the state court case has not yet been closed, the Court's Order granting global settlement approval should be sufficient to accomplish that end.

In view of the above findings, **IT IS ORDERED** that the Joint Motion for Contempt (Doc. 52) is **DENIED**, and the Joint Motion to Deposit Funds (Doc. 54) is **GRANTED**. Plaintiff Scottsdale Insurance Company is **ORDERED** to remit to the Clerk the sum of **$26,500.00**, which represents the total global settlement award owed to separate Defendant Granville Taylor Anderson. This settlement fully resolves both the instant claims and those at issue in *Granville Anderson v. Joanna Nickell et al.*, Case No. 08WCV-24-115.

The funds should be sent to the following address:

Mistee Aaron, Clerk of Court
United States District Court for the Western District of Arkansas
30 S. 6th Street
Room 1038
Fort Smith, AR 72901-2437

2

Upon receipt, the Clerk of Court shall deposit the funds into the Court Registry Investment System (CRIS), an interest-bearing account administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045. The funds shall remain so deposited or invested, and the interest thereon reinvested in the same account or instrument for a like period of time, pending further orders of the Court.

If Mr. Anderson would like the settlement funds to be remitted to him, he need only file a motion requesting the same and provide a valid mailing address for the check. The Court will direct the Clerk to send him the money.

**IT IS SO ORDERED** on this 5th day of June, 2026.

TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE

3